GUSTAVUS D. DOWS & others *vs.* ALMON W. GRISWOLD.

Suffolk.     April 6. — 10, 1877.     AMES, LORD & SOULE, JJ., absent.

A plaintiff's liability for costs in an action pending at the time of his bankruptcy is not a provable debt, and judgment therefor may be rendered against him before the question of his discharge is determined.

CONTRACT. Trial in the Superior Court, before *Pitman*, J., who allowed a bill of exceptions in substance as follows :

On January 20, 1876, a verdict was found for the defendant. On January 25, 1876, the plaintiff Dows, on a petition of his creditors, was adjudged a bankrupt in the District Court of the United States for the District of Massachusetts.    On February 2, 1876, Dows suggested his bankruptcy, and prayed for a stay of proceedings.    On June 26, 1876, the action came up on motion, and was continued for judgment ; and again, on February 14, 1877, it was called up, and the defendant moved for judgment against all the plaintiffs for costs.    The plaintiffs objected to granting the defendant's motion, no unreasonable delay having been charged or suggested on the part of the bankrupt, in endeavoring to obtain his discharge in bankruptcy, and contended that, by the proceedings in bankruptcy, they were entitled to a stay of proceedings until the question of discharge in bankruptcy should be determined, and that no judgment could be entered against Dows for costs, until such time.    But the judge ruled that judgment might be entered for costs, notwithstanding the bankruptcy of Dows, and ordered judgment against all the plaintiffs for costs.    The plaintiffs alleged exceptions.

*D. B. Gove*, for the plaintiffs.

*W. A. Field & E. O. Shepard*, for the defendant.

GRAY, C. J.   The provisions of the bankrupt act for a stay of proceedings apply only to suits brought against the bankrupt, and upon debts provable in bankruptcy.   U. S. Rev. Sts. §§ 5105 5106.   The possibility that a plaintiff may be charged with costs in an action pending at the time of his bankruptcy is not a provable debt, nor a debt in any sense, until the judgment is rendered, and would not be barred by a certificate of discharge. U. S. Rev. Sts. §§ 5067–5072, 5119.   *Bridges* v. *Armour*, 5 How. 91.   *Pelham* v. *Aldrich*, 8 Gray, 515.       *Exceptions overruled.*